# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELA BARAJAS, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10,<br><br>　　　　Defendants. | No. 5:21-cv-00844-JAK-SP<br><br>**ORDER RE STIPULATION FOR DISMISSAL [FRCP 41(A)] (DKT. 25)** |

Based on a review of the Stipulation for Dismissal [FRCP 41(a)] (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-entitled action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs. This Court shall reserve and retain jurisdiction to enforce any settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: August 5, 2022  _____

John A. Kronstadt
United States District Judge